# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASAMAN KAHROBAEI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTONY J. BLINKEN, et al.,<br><br>  Defendants. | Case No. 1:23-cv-00951-JLT-SAB<br><br>ORDER GRANTING RAFAEL URENA'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 11) |

The Court has read and considered the application of Rafael Urena, attorney for Plaintiffs Yasaman Kahrobaei and Sajad Hatam Khani, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District.  (ECF No. 11.)  Having reviewed the application, Rafael Urena's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 22, 2023**                               _____
UNITED STATES MAGISTRATE JUDGE

1