# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASAMAN KAHROBAEI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY J. BLINKEN, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00951-JLT-SAB<br><br>ORDER GRANTING MOTION FOR REMOTE APPEARANCE<br><br>(ECF Nos. 6, 8, 15) |

A hearing on Defendants' motion to dismiss is set for October 18, 2023, in Courtroom 9. (ECF Nos. 6, 8.) On September 26, 2023, Plaintiffs filed a motion for counsel to appear virtually at the hearing. (ECF No. 15.) The Court's current practice is to allow parties to appear either in person or via video for such civil motions. The Court will provide videoconference login information prior to the hearing.

Accordingly, it is HEREBY ORDERED that the Plaintiffs' motion for remote appearance is GRANTED.

IT IS SO ORDERED.

Dated:   **September 27, 2023**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1