# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASAMAN KAHROBAEI, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ANTONY J. BLINKEN, et al., <br><br>Defendants. | Case No.  1:23-cv-00951-JLT-SAB <br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE <br><br>ORDER DENYING MOTION TO DISMISS AS MOOT <br><br>(ECF Nos. 6, 18) |

On June 23, 2023, Plaintiffs Yasaman Kahrobaei and Sajad Hatam Khani ("Plaintiffs") filed this action against Defendants Antony J. Blinken, Rena Bitter, and Stephanie Zakhem (Defendants) seeking, in pertinent part, a final decision on Plaintiffs' visa application. (ECF No. 1.)  On August 31, 2023, Defendants filed a motion to dismiss, which was referred to the undersigned for the preparation of findings and recommendations.  (ECF Nos. 6, 7.)  The Court held a hearing on the motion to dismiss on October 18, 2023, and took the matter under submission. (ECF No. 17.)

On October 27, 2023, the parties filed a joint stipulation dismissing this action without prejudice.  (ECF No. 18.)  The parties represent that a consular officer issued Plaintiffs' visa on or about October 27, 2023.  (Id. at 2.)  In light of the stipulation of the parties, this action has

been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Given the dismissal of this action, the Court shall also deny Defendants' pending motion to dismiss as moot.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to dismiss (ECF No. 6) is DENIED AS MOOT due to the filing of the joint stipulation of voluntary dismissal of the action.

The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __October 30, 2023__

UNITED STATES MAGISTRATE JUDGE